```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   DAVID L. JACKSON,            )   NO. CV 15-6880-RGK(E)
                                  )
12             Petitioner,        )
                                  )   ORDER ACCEPTING FINDINGS,
13        v.                      )
                                  )   CONCLUSIONS AND RECOMMENDATIONS
14   JACK FOX,                    )
                                  )   OF UNITED STATES MAGISTRATE JUDGE
15             Respondent.        )
     _____)
16
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19   all of the records herein and the attached Report and Recommendation of
20   United States Magistrate Judge.  Further, the Court has engaged in a de
21   novo review of those portions of the Report and Recommendation to which
22   any objections have been made.  The Court accepts and adopts the
23   Magistrate Judge's Report and Recommendation.
24
25        IT IS ORDERED that Judgment shall be entered denying and
26   dismissing the Petition without prejudice.
27   ///
28   ///
```

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7    DATED: March 16, 2016

         /s/ Gary Klausner
         _____
10                R. GARY KLAUSNER
11         UNITED STATES DISTRICT JUDGE