**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID L. JACKSON, | ) | NO. CV 15-6880-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JACK FOX, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _March 16, 2016.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE